JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICTOR JONES,                    )    Case No.  CV 10-7907 DSF (FMOx)
                                 )
              Plaintiff,         )    JUDGMENT OF DISMISSAL
                                 )
v.                               )
                                 )
JOHN E. POTTER,                  )
                                 )
              Defendant.         )
                                 )
_____ )

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice.

Dated: 4/12/11

_____
DALE S. FISCHER
United States District Judge